# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 24, 2019

### NO. 03-18-00647-CV

**Mark D. McGillvray and J. D. Robertson, Trustee, Appellants**

**v.**

**Bank of America, N.A., as Mortgage Servicer; Bank Of America, N.A., as Mortgagee; McCarthy Holthus Texas, LLP, Appellees**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on October 2, 2018. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.